UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALVAREZ REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF SESSIONS, et al.,<br><br>    Defendants. | Case No. 18-cv-02274-RS<br><br>**ORDER DISMISSING PETITION** |

On May 25, 2018, Petitioner Alvarez Reyes filed a notice of dismissal informing the Court that she has lost her asylum case and has requested removal to her home country. Accordingly, her habeas petition is now moot and she therefore requests an order of dismissal. Her request is granted and her petition his hereby dismissed.

**IT IS SO ORDERED**.

Dated: 5/25/2018

_____
RICHARD SEEBORG
United States District Judge